Eastern District of Kentucky
**FILED**

DEC 21 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                          INDICTMENT NO. 6:23-CR-75-CHB

SARA B. PARMAN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 846**

Beginning on or about January 1, 2020, the exact date unknown, and continuing through on or about December 21, 2023, in Laurel County and Clay County, in the Eastern District of Kentucky, and elsewhere,

**SARA B. PARMAN**

did conspire with others to knowingly and intentionally dispense and distribute a quantity of pills containing amphetamine/dextroamphetamine, a Schedule II controlled substance, and a quantity of pills containing alprazolam, a Schedule IV controlled substance, pursuant to prescriptions that were not issued for a legitimate medical purpose by a practitioner acting in the usual course of professional practice, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about May 5, 2021, in Clay County, in the Eastern District of Kentucky,

**SARA B. PARMAN**

did knowingly and intentionally dispense and distribute a quantity of pills containing alprazolam pursuant to a prescription that was not issued for a legitimate medical purpose by a practitioner acting in the usual course of professional practice, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1: (SCHEDULE II CONTROLLED SUBSTANCE):** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**COUNT 2:** Not more than 5 years imprisonment, not more than a $250,000 fine, and at least 2 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.